**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 21, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00467-CV

---

### IN RE PULICE CONSTRUCTION, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-01326**

---

## MEMORANDUM OPINION

On Monday, June 27, 2022, relator Pulice Construction, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, to vacate the trial court's May 24, 2022 order denying Pulice's Motion to Compel Forensic Cellphone Examination. Relator also asks this Court to compel the

Honorable Donna Roth to vacate her June 13, 2022 order denying Pulice's Motion to Reconsider the Court's Order Denying Pulice's Motion to Compel Forensic Cellphone Examination, or in the Alternative, Pulice's Amended Motion to Compel Discovery and Inspection of the Cell Phone.[1]

On July 13, 2022, relator notified the Court by letter that it no longer wished to proceed on its petition for writ of mandamus because the parties had reached a settlement in the underlying case.

Accordingly, we dismiss relator's petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.

---

[1] The Honorable Donna Roth is a judge of the 295h District Court in Harris County, Texas. The local rules for the Harris County Civil District Courts permit district judges to preside for one another, so long as the case remains pending in the original court. *See* Rule 3.2.6, Harris County District Courts Rules of the Civil Trial Division (effective 04/28/2014).